```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
SECURITIES AND EXCHANGE COMMISSION,        :
                        Plaintiff,         :
                                           :
            -v-                            :
                                           :
MILAN CAPITAL GROUP, INC., et al.          :    00 Civ. 108 (DLC)
                        Defendants.        :
                                           :        ORDER
-------------------------------------------X
AARON R. MARCU, as Receiver for MILAN      :
CAPITAL GROUP, INC.,                       :
                        Cross-Claim        :
                        Plaintiff,         :
                                           :
            -v-                            :
IRA A. MONAS, et al.,                      :
                        Cross-Claim        :
                        Defendants.        :
-------------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the February 14, 2014 civil contempt hearing is rescheduled to **February 21 at 10 a.m.**, in Courtroom 15B.

SO ORDERED.

Dated:   New York, New York
         February 13, 2014

                                     _____
                                            DENISE COTE
                                     United States District Judge