```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
SECURITIES AND EXCHANGE COMMISSION,        :
                    Plaintiff,            :
                                          :    00cv108 (DLC)
          -v-                             :
                                          :    ORDER
MILAN CAPITAL GROUP, INC., et al.         :
                    Defendants.           :
                                          :
------------------------------------------X
AARON R. MARCU, as Receiver for MILAN     :
CAPITAL GROUP, INC.,                      :
                    Cross-Claim           :
                    Plaintiff,            :
                                          :
          -v-                             :
IRA A. MONAS, et al.,                     :
                    Cross-Claim           :
                    Defendants.           :
------------------------------------------X
```

6/24/2015

DENISE COTE, District Judge:

A June 16, 2015 Order responding to James Sammon's June 12 notice of withdrawal required David Hoffner ("Hoffner"), Alan Fellheimer ("Fellheimer"), and Doug Bloom ("Bloom") to advise the Court by June 23 whether they continue to represent defendant Jason Cope ("Cope") and noted that the Court would await their advisements before taking action on Sammon's notice of withdrawal.

A June 17 Order responding to Fellheimer's advisement of the same date terminated him as Cope's counsel in this action and noted again that the Court would await Hoffner's and Bloom's

advisements before taking action on Sammon's notice of withdrawal.

Hoffner and Bloom have not advised the Court whether they continue to represent Cope and thus are in violation of the June 16 Order. Accordingly, it is hereby

ORDERED that Sammon's notice of withdrawal is granted on the condition that he promptly provide Cope, Hoffner, and Bloom with this Order and the Order of June 16, 2015, and file with this Court an affidavit confirming that such service has been made.

IT IS FURTHER ORDERED that, should he so desire, Cope may, pro se, submit a letter advising the Court whether he continues to be represented by Hoffner and/or Bloom. As required by the June 16 Order, Cope shall be prepared to promptly address any application made by the SEC following July 10, whether he is represented by counsel or is proceeding pro se.

Dated:   New York, New York
         June 24, 2015

                                   _____
                                          DENISE COTE
                                   United States District Judge

2

Copy mailed to:

Jason Cope
7449 Brigham Road
Gates Mill, OH 44040